UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

JS 6

| | | | |
|---|---|---|---|
| Case No. | CV 14-4120 DSF (AJWx) | Date | 6/5/14 |
| Title | Wells Fargo Bank v. Luis R. Boza, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Debra Plato | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order REMANDING Case to Superior Court of California, County of Los Angeles

   This matter was removed from state court on May 29, 2014, based on diversity jurisdiction. But it is clear from the face of the complaint that the amount in controversy does not exceed $75,000. The complaint explicitly states that the amount at issue does not exceed $25,000. In addition, it is a state law unlawful detainer complaint for possession where possession is valued at $200 per day. Unlawful possession would have to exceed a year before the jurisdictional threshold was reached.

   The case is REMANDED to the Superior Court of California, County of Los Angeles.

   IT IS SO ORDERED.